No. 759. WEBB JAY ET AL. *v.* FREDERICK WEINBERG ET AL. April 19, 1920. Petition for a writ of certiorari to

the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles S. Burton* and *Mr. George L. Wilkinson* for petitioners. *Mr. R. A. Parker* and *Mr. Elliott J. Stoddard* for respondents.